UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SAMI BENHA YUN,

        Plaintiff,    JUDGMENT
            21-CV-4421 (WFK) (SIL)

        -against-

HALSTED FINANCIAL SERVICES, LLC, et al.,

        Defendants.
------------------------------------------------------------ X

    An Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on September 30, 2022, dismissing the claims for lack of subject matter jurisdiction; it is

    ORDERED and ADJUDGED that the claims are hereby dismissed for lack of subject matter jurisdiction.

Dated: Brooklyn, NY    Brenna B. Mahoney
       September 30, 2022    Clerk of Court

                  By: /s/Jalitza Poveda
                         Deputy Clerk